# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00488-CV

### Image Microsystems, Inc., Appellant

### v.

### MET 4/12, Ltd., Appellee

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-002392, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Image Microsystems, Inc. has filed an unopposed motion to dismiss this appeal, informing the Court that the parties have entered into a settlement agreement. In accordance with the terms of the settlement agreement, the parties have agreed to move that the appeal be dismissed with prejudice, that costs should be paid by the party incurring the same, and that the mandate be issued early to effectuate the dismissal of the appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed: November 1, 2019